MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

WILLIAMS, Ronald James                          Crim. No.: 10-CR-20264-01

On 04/23/2013, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 05/07/2013, and the Court made the following findings:

__X__ Guilty of violating conditions of supervision. The following special condition of supervision is added.

"The offender shall reside at a Residential Reentry Center (RRC) for a period of 180 days. The offender will abide by the rules and regulations of the center. At the discretion of the probation department, any overnight or social passes will be approved by the probation department if the offender is in compliance with the rules and regulations of the center. Subsistence is waived."

"The offender is to have no contact or be in the presence of Tajuana Holt while on supervised release."

                                               Respectfully submitted,

                                               s/Seth M. Martin
                                               United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 13 th Day of May, 2013.

                                               s/Patrick J.Duggan
                                               Patrick J. Duggan
                                               United States District Judge